**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTHONY HICKS                                                                                               PLAINTIFF

v.                                             2:11-cv-00142-SWW-JTK

WENDY KELLEY, et al.                                                                                  DEFENDANTS

**ORDER**

Plaintiff Anthony Hicks originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction (ADC). His motion to proceed in this action in forma pauperis was granted by Order dated August 26, 2011 (Doc. No. 3). However, Hicks has notified the Court of a change in his address which reflects his release from incarceration (Doc. No. 5). Therefore, in order to continue the prosecution of this action, Hicks must file an updated request to proceed in forma pauperis. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Hicks shall file an updated request to proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to forward an in forma pauperis application to Plaintiff.

IT IS SO ORDERED this 30th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1