## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ANTHONY HICKS                                                                                      PLAINTIFF

v.                                    2:11-cv-00142-SWW-JTK

WENDY KELLEY, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no timely objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1) Defendants' Motions for Summary Judgment (Doc. Nos. 21, 24, 27) are GRANTED.

2) Plaintiff's allegations against Defendants Kelley and Yang are DISMISSED with prejudice.

3) Plaintiff's allegations against Defendant Zoldessy are DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 1st day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE